**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

NATOSHA T. LYONS, as Personal           )
Representative of the Estate of         )
Anthony Ray Meely,                      )
                                        )
              Plaintiff,           )
                                        )
v.                                      )     Case No. CIV-21-297-JFH-JAR
                                        )
CITY OF ADA; TYLER W. POGUE;            )
RYAN C. COLLIER; RICH EAKER;            )
MERCY HOSPITAL OF ADA, INC.;            )
DEREK GOODSON; DANIEL WILBURN;          )
BRIAN RIDGWAY; COLTON STONECIPER;       )
MAX CROOK; and                          )
UNKNOWN DEFENDANTS 1-10,                )
                                        )
              Defendants.          )

**FINDINGS AND RECOMMENDATION**

This matter comes before the Court on Defendants Brian Ridgway, Colton Stoneciper, and Max Crook's Motion for Summary Judgment (Docket Entry #77). This Motion was referred to the undersigned for the entry of Findings and a Recommendation on certain specified pending Motions, including the subject Motion.

These Defendants seek summary judgment in this action, alleging that Plaintiff cannot prove that the moving Defendants breached the standard of care which resulted in the decedent's death. Specifically, Defendants contend Plaintiff has developed no expert opinion testimony to demonstrate such a breach.

On November 22, 2023, the parties filed a Stipulation of Dismissal With Prejudice, dismissing the moving Defendants from this action. The Stipulation was signed by the counsel for the affected parties. Accordingly, it would appear that the referred Motion for Summary

Judgment is now moot.

IT IS THEREFORE RECOMMENDED that Defendants Brian Ridgway, Colton Stonecipher, and Max Crook's Motion for Summary Judgment (Docket Entry #77) be found **MOOT** as a result of the Stipulation of Dismissal of the moving Defendants.

The parties are given fourteen (14) days from the date of the service of these Findings and Recommendation to file any objections with the Clerk of the Court. Any such objection shall be limited to ten (10) pages in length. Failure to object to these Findings and Recommendation within fourteen (14) days will preclude review of this decision by the District Court.

IT IS SO ORDERED this 4th day of December, 2023.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE