IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

NATOSHA LYONS,

        Plaintiff,

v.

CITY OF ADA et al.,

        Defendants.

Case No. 21-CV-297-JFH-JAR

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 83. The Magistrate Judge recommends that the Motion for Summary Judgment filed by Defendants Brian Ridgeway, Colton Stonecipher, and Max Crook [Dkt. No. 77] be found MOOT.

No party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, the Motion for Summary Judgment filed by Defendants Brian Ridgeway, Colton Stonecipher, and Max Crook [Dkt. No. 77] is MOOT.

IT IS SO ORDERED this 20th day of December 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE