IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

NATOSHA LYONS,

          Plaintiff,

v.                                         Case No. 21-CV-297-JFH-JAR

MERCY HOSPITAL et al.,

          Defendants.

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 105. The Magistrate Judge recommends that the motion to dismiss filed by Defendants Mercy Hospital, Derek Goodson, Daniel Wilburn, Brian Ridgeway, Colton Stonecipher, and Max Crook ("Defendants") [Dkt. No. 78] be GRANTED.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendants' motion to dismiss [Dkt. No. 78] is GRANTED and the case DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of January 2024.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE